UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  10-cr-00050-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  DENAE L. DAVIS,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Monday, March 22, 2010,** and responses to these motions shall be filed by **Monday, April 5, 2010.**  It is

FURTHER ORDERED that a 3-day jury trial is set for **Monday, April 19, 2010, at 9:00 a.m. in courtroom A-1002.**

Dated this 18th day of February, 2010.

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Chief U. S. District Judge