UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00050-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DENAE L. DAVIS,

    Defendant.

## MINUTE ORDER

ORDERED ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition was filed in the above matter on March 10, 2010. The trial set for April 19, 2010 is hereby **VACATED**. A Change of Plea hearing is set for **Friday, April 16, 2010 at 2:00 pm.**

    **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date. If the documents are not timely submitted, the hearing will be VACATED. There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated: March 11, 2010