UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00050-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DENAE L. DAVIS,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The Sentencing hearing is **RESET** to **Monday, August 30, 2010, at 3:30 p.m., in Courtroom A-1002.**

    Dated: August 24, 2010.